**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                      No. 4:10CR00294-03 JLH

ENJOLEE CLARK                                                                                  DEFENDANT

### ORDER

Enjolee Clark has filed a motion for early termination of probation. The United States must respond to the motion, after conferring with the probation office, within fourteen days from the entry of this Order.

IT IS SO ORDERED this 22nd day of July, 2014.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE